UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seiko Epson Corporation and Epson America, Inc.,<br><br>                Plaintiffs,<br><br>  v.<br><br>Oleksandr Benedychuk; Wisemine Trading Ltd.; Vasyl Kedyk; Sitrol Intertrading Ltd. A/K/A Kekrodi Intertrading Ltd.; Denis Smotrov; Denis Smotrov LLC; Anton Hashynov; Vladislav Bondarenko; Viktor Boiko; Laszlo Kedik; Andrey Klimenko; Iurii Ganychenko; Andriy Stebliv; Larysa Ponomarenko; Volodymyr Shevchun; Liliia Stakhova; Veleriya Kosolapova; Nina Kozlova; Denis Evseev; Tymur Isaiev; Ihor Kobylinskyi; Vladyslav Pankov; Andrii Pavlov; Roman Kholodov; Anton Kovalkov; Oleksandr Bobyr; and Does 1-10, inclusive,<br><br>              Defendants. | Case No. 2:18-cv-07560-AB (FFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER FOR ALTERNATIVE EMAIL SERVICE, AND FOR EXTENSION OF TIME TO SERVE** |

      The Court has read and considered all papers filed in connection with Seiko Epson Corporation and Epson America, Inc. (collectively "Plaintiffs") Application

Order      - 1 -

For Order For Alternative Email Service, And For Extension Of Time To Serve ("Application"), and good cause having been shown, GRANTS Plaintiffs' Application and ORDERS the following:

1) IT IS ORDERED THAT Plaintiffs may electronically serve the following Defendants with process by email to the following email addresses:

| Defendant | Email Address |
|---|---|
| Oleksandr Benedychuk | o.benedychuk@yahoo.com |
| Vasyl Kedyk | sitrol.company@gmail.com |
| Denis Smotrov | coast0220@gmail.com |
| Denis Smotrov LLC | coast0220@gmail.com |
| Anton Hashynov | antongari1212@gmail.com<br>antongaril1212@gmail.com |
| Laszlo Kedik | coast0220@gmail.com<br>laszlokedik@gmail.com |
| Veleriya Kosolapova | depa00777@gmail.com |
| Ihor Kobylinskyi | fox80801@gmail.com |
| Iurii Ganychenko | iurii_ganychenko@ukr.net |

2) IT IS FURTHER ORDERED THAT Plaintiffs shall have through and until February 11, 2020, to serve any unserved Defendants with the Summons and First Amended Complaint.

IT IS SO ORDERED.

Dated: August 21, 2019

_____
Hon. André Birotte Jr.
United States District Judge